IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RALPH FRANKLIN & SON LODGING | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1679C (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Thomas B. Fatouros as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

THOMAS B. FATOUROS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor
1100 L Street, N.W.

Dated: December 22, 2004

s/Thomas B. Fatouros

THOMAS B. FATOUROS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tel: (202) 307-5958
Fax: (202) 305-2118