IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RALPH FRANKLIN & SON LOGGING, | ) | |
| Plaintiff, | ) | No. 04-1679C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 30-day enlargement of time, up to and including February 17, 2005, within which to respond to plaintiff's complaint. The Government's response currently is due on January 18, 2005. This is defendant's first request for an enlargement of time for this purpose. Government counsel has conferred with plaintiff's counsel and is authorized to state that plaintiff does not oppose this motion.

This request is necessitated by the fact that Government counsel and agency counsel require additional time to formulate the United States' position with respect to this complaint. Due to the number of documents and the length of time involved in this matter, the United States Forest Service has been unable to complete a litigation report in this matter. See 28 U.S.C. §520. Without the litigation report, the undersigned counsel is unable to respond to the complaint in a substantive manner. See RCFC 11. Accordingly, the United States needs additional time to respond to plaintiff's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant its

unopposed motion for an enlargement of time, to and including February 17, 2005, within which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker by Robert E. Kirschman
KATHRYN A. BLEECKER
Assistant Director

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-5958
Fax: (202) 305-2118
Attorneys for Defendant

January 18, 2005