# In the United States Court of Federal Claims

No. 04-1679C
Filed January 26, 2005

```
***********************************
                                  *
RALPH FRANKLIN & SON              *
LOGGING,                          *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

Defendant's unopposed motion for enlargement of time to respond to the complaint in this action, filed on January 18, 2005, is **GRANTED**. Accordingly, Defendant has until February 17, 2005, to respond to Plaintiff's complaint.

**IT IS SO ORDERED**.

s/SUSAN G. BRADEN
Judge