IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RALPH FRANKLIN & SON LOGGING, | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1679C |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 14-day enlargement of time, up to and including April 25, 2005, within which to file the Joint Preliminary Status Report ("JPSR") in this case. The JPSR currently is due on April 11, 2005. This is defendant's first request for an enlargement of time for this purpose. Government counsel has conferred with plaintiff's counsel and is authorized to state that plaintiff does not oppose this motion.

This request is necessitated by the fact that Government counsel is currently on paternity leave and has been unable to confer with plaintiff's counsel and counsel for the Department of Agriculture concerning the substance of the report.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion to file the Joint Preliminary Status Report on or before April 25, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker by
Todd M. Hughes
KATHRYN A. BLEECKER
Assistant Director

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 307-5958
Fax: (202) 305-2118
Attorneys for Defendant

OF COUNSEL:
SARAH.BIRKELAND
Attorney
U.S. Dept. of Agriculture
33 New Montgomery, 17th Floor
San Francisco, CA 94105-4511
Tel: (415) 744-3011

April 4, 2005