# In the United States Court of Federal Claims

No. 04-1679C
Filed April 5, 2005

| | |
|---|---|
| RALPH FRANKLIN & SON LOGGING, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Defendant's unopposed motion for enlargement of time to file the joint preliminary status report, filed on April 4, 2005, is **GRANTED**. Accordingly, the parties have until April 25, 2005, to file the joint preliminary status report.

**IT IS SO ORDERED**.

**s/SUSAN G. BRADEN**
**Judge**