# In the United States Court of Federal Claims

No. 04-1679C

Filed May 5, 2005

| | |
|---|---|
| *********************************** | |
| | * |
| RALPH FRANKLIN & SON LOGGING, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

A telephone status conference will be held on May 24, 2005 at 3:00 p.m. EST.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge