# In the United States Court of Federal Claims

No. 04-1679C

Filed May 23, 2005

| | |
|---|---|
| RALPH FRANKLIN & SON LOGGING, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

The telephone status conference scheduled for May 24, 2005 has been rescheduled to May 26, 2005 at 4:00 p.m. EST.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge