# In the United States Court of Federal Claims

No. 04-1679C
Filed September 22, 2005

*************************************

RALPH FRANKLIN & SON LOGGING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

*************************************

**ORDER**

A telephone status conference will be held on September 22, 2005 at 3:00pm E.S.T.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge