UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RALPH FRANKLIN & SON LOGGING<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1679<br>(Judge Braden) |

JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to a September 22, 2005 status conference, the parties, through their respective counsel of record, respectfully request that the Court modify its July 14, 2005 scheduling order as described below.

As the Court was advised during the status conference, defendant's former counsel, Thomas B. Fatouros, was replaced by new counsel, Marla T. Conneely, on or around September 6, 2005. Accordingly, a 60-day modification of the scheduling order is necessary for the Government to accommodate plaintiff's proposed deposition schedule and to properly complete its own discovery in this case. During the status conference, the Court advised defendant's counsel to file a motion seeking a modification of the July 14, 2005 scheduling order. The Court also moved the trial dates for this matter from May 15-19, 2006 to August 21-25, 2006.

On September 26, 2005, counsel for plaintiff, Gary Stevens, informed counsel for defendant that plaintiff preferred for

certain deadlines in the scheduling order to be enlarged for more than 60 days, and that these enlargements would not affect the dates for trial. As a result, the parties are filing this motion jointly and respectfully request that the Court modify the July 14, 2005 scheduling order as follows:

1. all fact discovery shall conclude on or before April 10, 2006;
2. disclosure of expert reports and related material pursuant to Rule 26(a)(2) of the Rules of the Court of Federal Claims shall take place on or before February 18, 2006;
3. disclosure of any evidence or supplements to expert reports intended solely to contradict or rebut evidence on the same subject matter as identified by the opposing party under RCFC 26(a)(2)(B) will take place on or before March 13, 2006;
4. the parties shall exchange preliminary exhibit lists and witness lists as described in Appendix A ¶ 13(a) and ¶ 13(b) on or before May 10, 2006;
5. the parties shall exchange final exhibit and witness lists and pre-marked copies of the exhibits they intend to introduce at trial on or before May 19, 2006;
6. plaintiff will file a memorandum of contentions of fact and law in accordance with ¶ 14(a) of Appendix A on or

before June 9, 2006;

7. defendant will file a responsive memorandum of contentions of fact and law in accordance with ¶ 14(b) of Appendix A on or before June 30, 2006;

8. the parties will file any joint stipulation of fact and any motions *in limine* on or before July 13, 2006;

9. replies to any motions *in limine* and bench copies to the Court of all pre-marked exhibits shall be due on or before July 21, 2005;

10. the pretrial conference shall be held on or around July 28, 2006;

11. and the trial shall be held from August 21, 2006 through August 25, 2006.

For these reasons, the parties respectfully request that the Court modify its July 14, 2005 scheduling order as described in this joint motion. A proposed order reflecting the parties' requested modifications is attached hereto as Exhibit A.

Respectfully submitted,

s/Gary G. Stevens
GARY G. STEVENS
SALTMAN & STEVENS, P.C.
1801 K Street, NW
Suite M110
Washington, D.C. 20006
Tel. (202) 452-2140
Fax. (202) 775-8217

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-1011
Fax. (202) 307-0972

September 27, 2005

Attorneys for Defendant