# In the United States Court of Federal Claims

No. 04-1679C
Filed October 4, 2005

| | |
|---|---|
| RALPH FRANKLIN & SON LOGGING, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## AMENDED SCHEDULING ORDER

Pursuant to the parties' September 27, 2005 Joint Motion to Modify Scheduling Order, the court hereby modifies the July 14, 2005 Scheduling Order as follows:

1. Fact Discovery. Initial voluntary disclosures pursuant to RCFC 26(a)(1) was due **on or before June 6, 2005**. All fact discovery, including all depositions, shall conclude **on or before April 10, 2006.** In order to achieve this deadline, the parties will make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witnesses were then present and testifying[.]" *See* RCFC 32(a).

2. Expert Discovery. Disclosure of any expert reports and related material pursuant to RCFC 26(a)(2) will take place **on or before February 18, 2006**. Disclosure of any evidence or supplements to expert reports intended solely to contradict or rebut evidence on the same subject matter as identified by the opposing party under RCFC 26(a)(2)(B) will take place **on or before March 13, 2006**.

3. Preliminary Exhibit and Witness Lists, Meeting of Counsel. The parties shall exchange preliminary exhibit lists and witness lists as described in Appendix A ¶ 13(a) and ¶ 13(b) **on or before May 10, 2006**. Each exhibit shall be separately numbered and adequately described on the party's list so that the opposing party can identify the documents in question. Any proposed exhibits which have not been provided to the opposing party or are not already in the opposing party's possession shall be provided to the opposing party at this time. Although these preliminary lists are not final (see ¶ 4 below), the court expects the

parties to make good faith efforts to list all of the exhibits and witnesses they intend to use at trial, other than for impeachment purposes only. In addition, on this date the meeting of counsel referenced in ¶ 13 of Appendix A will take place, and any party intending to file a motion for leave to file excerpts from deposition transcripts for introduction as exhibits at trial whether under FRE 801 or pursuant to RCFC 32(a)(2) and (3) will identify the excerpts in question to the opposing party. The parties shall also address at this meeting of counsel each of the other items set forth under ¶ 13(c) of Appendix A.

4. Final Exhibit and Witness Lists. The parties will exchange final exhibit and witness lists and pre-marked copies of the exhibits they intend to introduce at trial **on or before May 19, 2006**. The parties will file these final lists with the Court. Exhibits and witnesses not listed and exhibits not provided to the opposing party at this time shall not be admissible at trial without a showing of compelling reasons for the party's failure to comply with this order.

5. Memorandum of Contentions of Fact and Law. Plaintiff will file a memorandum of contentions of fact and law in accordance with ¶ 14(a) of Appendix A **on or before June 9, 2006**. Defendant will file a responsive memorandum of contentions of fact and law in accordance with ¶ 14(b) of Appendix A **on or before June 30, 2006**. The parties should make every effort in their memoranda of fact and law to address any matters expected to be raised by the opposing party. If anything new or unexpected is discovered, however, it may be addressed in a brief response which must be filed under cover of motion for leave immediately upon learning of it as provided in ¶ 14(c) of Appendix A.

6. Motions *In Limine* and Stipulation of Facts. The parties will file any joint stipulation of facts and any motions *in limine* **on or before July 13, 2006**. The opposing party shall reply to any motions *in limine* and the parties shall provide bench copies to the Court of all pre-marked exhibits which they intend to introduce at trial **on or before July 21, 2006**.

7. Pretrial Conference. The pretrial conference will be held **on July 28, 2006 at 10 a.m.** at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005. The Court will address any outstanding matters regarding the conduct of the trial, motions *in limine* not previously addressed by the Court, and will rule insofar as possible on the admissibility of the exhibits to be offered by the parties. The parties are strongly encouraged to stipulate to the authenticity and admissibility of as many exhibits as possible.

8. Trial. Trial will be held **on August 21, 2006 through August 25, 2006**. Trial will begin at 10:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**