IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| RALPH FRANKLIN & SON LOGGING, Plaintiff, | ) | |
| v. | ) | No. 04-1679C (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff Ralph Franklin & Son Logging ("Franklin") hereby requests that this Court issue the attached proposed protective order in the above-captioned action. Franklin has contacted defendant's counsel regarding this motion, and defendant does not oppose it.

Franklin intends to provide certain information and documents concerning its damages to defendant in this action as soon as reasonably possible. Because this information and these documents include competitively sensitive information relating to Franklin's business activities, this information is highly confidential and proprietary. Franklin, therefore, requests that a protective order be issued to protect Franklin from the harm which would occur if this confidential and proprietary information and these documents were released without restriction.

For the reasons set forth above, Franklin respectfully requests that the Court grant this motion.

Respectfully submitted,

s/Gary G. Stevens

Gary G. Stevens
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Dated: December 16, 2005