**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RALPH FRANKLIN & SON LOGGING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 04-1679C<br>(Judge Braden) |

**[Proposed] ORDER**

Plaintiff's unopposed motion, filed December 16th, 2005, for a protective order with regard to information and documents provided to defendant in this action by plaintiff Ralph Franklin & Son Logging is **GRANTED**.

**It is hereby ORDERED:**

Defendant is prohibited from disclosing to any other party or from using for any purpose other than the instant action any information or documents (or contents of such documents) provided by plaintiff Ralph Franklin & Son Logging in this action to defendant which Ralph Franklin & Son Logging has designated as containing confidential or proprietary business information. Defendant shall only utilize such information or documents for purposes of this action and shall not disclose this information or documents to anyone not specifically assigned to work on this case. If defendant should submit any such information, documents or contents thereof, in original or restated form, to this Court, those materials must be submitted under seal.

SUSAN G. BRADEN
Judge, U.S. Court of Federal Claims