**ATTACHMENT A TO PLAINTIFF'S MOTION TO MODIFY THE COURT'S OCTOBER 4, 2005 AMENDED SCHEDULING ORDER**

Documents and other materials provided to the Government in Ralph Franklin & Son Logging v. United States, CoFC No. 04-1679C, relating to plaintiff's damages calculations:

- Complete damages calculations created by plaintiff's expert, Jeff Bryant, including:
  - 11 spreadsheets
  - Cost summary sheets
  - About 50 pages of business records, including:
    - Schedules of labor expenses
    - Weather observations
    - Scheduling notes
    - Time sheets
    - Equipment lists
    - Summaries of receipts for product deliveries
    - Summary of data inputs for damages model
    - Excerpts of ledgers
    - Contractor's time cards
    - Various statements, invoices and receipts
    - Miscellaneous memoranda
  - Photos of the sale area during the time of the suspension
- Claim letters for each of the four contracts at issue, which included damages calculations, and supporting documents, including multiple spreadsheets and contracts with plaintiff's customers
- Discovery Responses, which included:
  - Tax returns and other financial data for FY's 1999-2001
  - Monthly expense records (on ledgers) for the same time periods
  - Income statements for the same time periods
    - (The above items, constituting about 8 inches of documents)
  - Contracts with plaintiff's customers
  - Payroll information
  - Further equipment lists