**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| RALPH FRANKLIN & SON LOGGING,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-1679C<br>(Judge Braden) |

**NOTICE OF FILING**

Plaintiff submits the attached Proposed Amended Scheduling Order on behalf of both parties in response to the Court's direction to the parties during the telephonic status conference on May 4, 2006.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Dated: May 5, 2006