# In the United States Court of Federal Claims

No. 04-1679C
Filed May 12, 2006

RALPH FRANKLIN & SON LOGGING,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## AMENDED SCHEDULING ORDER

In accordance with the telephone hearing on May 4, 2006 and the Proposed Amended Scheduling Order submitted by the parties, the court hereby modifies its October 4, 2005 Scheduling Order as follows:

1. **Fact Discovery**: Initial voluntary disclosures pursuant to RCFC 26(a)(1) were completed on June 6, 2005. All fact discovery, including all depositions, shall conclude on or before **August 30, 2006**. In order to achieve this deadline, the parties will make witnesses available at reasonably convenient locations and times. The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witnesses were then present and testifying[.]" *See* RCFC 32(a).

2. **Expert Discovery**: Plaintiff served its expert reports and related materials pursuant to RCFC 26(a)(2) on defendant on May 3, 2006. Defendant shall file its initial expert reports, if any, on or before **May 31, 2006**. Disclosure of any evidence or supplements to expert reports intended solely to contradict or rebut evidence on the same subject matter as identified by the opposing party under RCFC 26(a)(2)(B) will take place on or before **August 11, 2006**.

3. **Preliminary Exhibit and Witness Lists, Meeting of Counsel**: The parties shall exchange preliminary exhibit lists and witness lists as described in Appendix A ¶ 13(a) and ¶ 13(b) on or before **September 29, 2006**. Each exhibit shall be separately numbered and adequately described on the party's list so that the opposing party can identify the documents in question. Any proposed exhibits which have not been provided to the opposing party or are not already in the opposing party's possession shall be provided to the opposing party at this time. Although these preliminary lists are not final (see ¶ 4 below), the court expects the parties to make good faith efforts

to list all of the exhibits and witnesses they intend to use at trial, other than for impeachment purposes only. In addition, on this date the meeting of counsel referenced in ¶ 13 of Appendix A will take place, and any party intending to file a motion for leave to file excerpts from deposition transcripts for introduction as exhibits at trial whether under FRE 801 or pursuant to RCFC 32(a)(2) and (3) will identify the excerpts in question to the opposing party. The parties shall also address at this meeting of counsel each of the other items set forth under 13(c) of Appendix A.

4. **Final Exhibit and Witness Lists**: The parties will exchange final exhibit and witness lists and pre-marked copies of the exhibits they intend to introduce at trial on or before **October 13, 2006**. The parties will file these final lists with the Court. Exhibits and witnesses not listed and exhibits not provided to the opposing party at this time shall not be admissible at trial without a showing of compelling reasons for the party's failure to comply with this order.

5. **Memorandum of Contentions of Fact and Law**: Plaintiff will file a memorandum of contentions of fact and law in accordance with ¶ 14(a) of Appendix A on or before **October 27, 2006**. Defendant will file a responsive memorandum of contentions of fact and law in accordance with ¶ 14(b) of Appendix A on or before **November 10, 2006**. The parties should make every effort in their memoranda of fact and law to address any matters expected to be raised by the opposing party. If anything new or unexpected is discovered, however, it may be addressed in a brief response which must be filed under cover of motion for leave immediately upon learning of it as provided in ¶ 14(c) of Appendix A.

6. **Motions *In Limine* and Stipulation of Facts**: The parties will file a joint stipulation of facts and any motions *in limine* on or before **December 13, 2006**. The opposing party shall reply to any motions *in limine* and the parties shall provide bench copies to the Court of all pre-marked exhibits which they intend to introduce at trial on or before **January 12, 2007**.

7. **Pretrial Conference**: The pretrial telephone conference will be held **January 15, 2007 at 4:30 P.M. EST**. The Court will address any outstanding matters regarding the conduct of the trial, motions *in limine* not previously addressed by the Court, and will rule insofar as possible on the admissibility of the exhibits to be offered by the parties. The parties are strongly encouraged to stipulate to the authenticity and admissibility of as many exhibits as possible.

8. **Trial**: Trial will be held on **February 5, 2007** through **February 14, 2007**. Trial will begin at 10:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**