IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RALPH FRANKLIN & SON LOGGING,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-1679<br>(Judge Braden) |

**DEFENDANT'S MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims, the defendant respectfully requests that the Court enter a protective order in this action. Counsel for the defendant attempted to contact plaintiff's counsel, but did not receive a response.

The defendant has subpoenaed documents from a third party, Wheelabrator Technologies, Inc. ("Wheelabrator"), relevant to wood chips purchased by Wheelabrator. Because of the proprietary nature of the documents, Wheelabrator requests a protective order be entered to limit the use and dissemination of the documents. A protective order is needed to maintain the confidentiality of this material. A proposed protective order is attached to this motion as Exhibit A.

For these reasons, defendant respectfully requests that the Court grant this motion for a protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel.: (202) 305-3689
Fax: (202) 305-7643

Attorneys for Defendant

August 18, 2006