# In the United States Court of Federal Claims

No. 04-1679C

Filed: October 10, 2006

| | |
|---|---|
| RALPH FRANKLIN & SON LOGGING, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

By agreement of the parties, proceedings in this case are stayed until **November 6, 2006.**

**IT IS SO ORDERED.**

s/ Susan G. Braden

**Susan G. Braden**

**Judge**