UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| RALPH FRANKLIN & SON LOGGING, Plaintiff, | |
| v. | No. 04-1679 (Judge Braden) |
| THE UNITED STATES, Defendant. | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, the parties hereby stipulate that this action is voluntarily dismissed in its entirety, with prejudice, with each party to bear its own costs, expenses, and attorney fees.

Respectfully submitted,

s/Gary G. Stevens
GARY G. STEVENS
SALTMAN & STEVENS, P.C.
1801 K Street, NW
Suite M110
Washington, D.C. 20006
Tel. (202) 452-2140
Fax. (202) 775-8217

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-1011
Fax. (202) 307-0972

Attorneys for Defendant

January 18, 2007